Rosa Gunderson, as Administratrix of the Estate of Peter A. Gunderson, Deceased, Respondent, *v.* Roebling Construction Company, Appellant, Impleaded with Another.

*Gunderson* v. *Roebling Construction Co.*, 124 App. Div. 905, 914, appeal dismissed.

(Submitted November 30, 1905; decided December 8, 1905.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1908, which affirmed an order of Special Term denying a motion to set aside a verdict theretofore obtained in the above-entitled action on the ground of alleged misconduct of jurors.

The motion was made upon the ground that the order was not appealable to the Court of Appeals.

*Thomas J. O'Neill* for motion.

No one opposed.

Motion granted, with ten dollars costs.